IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXXON MOBIL CORPORATION, et al. | : | NO. 14-4327 |

ORDER

AND NOW, this 1st day of September 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants to exclude the testimony and opinions of David Andress (Doc. #138) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.